Case No: 1:03cr194
PTSO: [CS]

Filed: 01/28/08
Doc. #36

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED
FEB 01 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| DOCKET NUMBER (Tran. Court) |
|---|
| A-03-CR-194 H |

| DOCKET NUMBER (Rec. Court) |
|---|
| '08 CR 7007 IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Antonio DeLeon-Arteaga<br>San Diego, California | WESTERN DISTRICT OF TEXAS | |

| NAME OF SENTENCING JUDGE |
|---|
| Harry Lee Hudspeth |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 13, 2007 | TO<br>March 12, 2010 |
|---|---|---|

OFFENSE

8 U.S.C. § 1326 - Illegal Re-entry

FILED
2008 JAN 28 AM 9:10
US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO DIVISION</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 30, 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By _____ Deputy Clerk

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/31/07
_____
Effective Date

_____
United States District Judge

FILED
JUL 1 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. A03CR-194H |
| Plaintiff, ) | INDICTMENT |
| v. ) | [Violation: 8 U.S.C. § 1326 Reentry of Deported Alien] |
| ANTONIO DELEON-ARTEAGA, ) | |
| Defendant. ) | USAO No. 2003R03454 |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326]

On or about June 2, 2003, in the Western District of Texas, the Defendant,

ANTONIO DELEON-ARTEAGA,

an alien, was found in the United States, after having been denied admission, excluded, deported and removed from the United States, without obtaining the consent of the Attorney General of the United States or the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL:



FOREPERSON

12

JOHNNY SUTTON
United States Attorney

By: *Gerald C. Carruth*
GERALD C. CARRUTH
Assistant U. S. Attorney

Sealed _____
Unsealed  X  _____

Personal Data Sheet     USAO#  **2003R03657**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE ___YES _X_NO
CASE NO._____

| | | | |
|---|---|---|---|
| County: **Travis** | **AUSTIN** Division | Judge: | **A03CR-194H** |
| Date: **7/1/2003** | Mag Ct.# **A-03-198M** | SSN: | FBI #: **503553NA7** |

Case No.: **A-03-CR-** _____    Assistant U. S. Attorney: **Gerald C. Carruth**

Defendant: **Antonio De Leon-Arteaga**    Date of Birth: **02/25/1962**

Defendant aka: _____

Address: _____

Citizenship:   United States _____   Mexican **X**   Other _____

Interpreter Needed:   Yes **X**   No _____   Language **Spanish**

Defense Attorney: **Abe Hernandez**    Employed _____

Address of Attorney: **Asst. Fed. Pub. Def., 800 Brazos, Ste. 490, Austin, TX 78701**   Appointed **X**

Defendant is:   In Jail **X**   Where: **Bastrop County Jail**

   On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: **6/03/2003**    Bench Warrant Needed **NO**

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description): **Ct. 1: 8 U.S.C. § 1326 - Reentry of Deported Alien**

Offense Is:   Felony **X**   Misdemeanor _____

Maximum Sentence: **Ct. 1: Max. punishment of imprisonment for 20 yrs., enhanced under 8 U.S.C. § 1326(b)(2) based upon his prior conviction for an aggravated felony/$250,000 fine/3 yrs. supervised release/$100 special assessment.**

Penalty is Mandatory:   Yes **X**   No _____

Remarks:    **As to special assessment**

**Cecilia Melchor/INS**

Sealed _____

Unsealed  X  　　　　　Personal Data Sheet　　　USAO#  2003R03657

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  _X_ NO
CASE NO. _____

County: **Travis**　　　**AUSTIN** Division　　Judge: _____

Date: **7/1/2003**　　Mag Ct.# **A-03-198M**　　SSN: _____　　FBI #: **503553NA7**

Case No.: **A-03-CR-** _____　　Assistant U. S. Attorney: **Gerald C. Carruth**

Defendant: **Antonio De Leon-Arteaga**　　Date of Birth: **02/25/1962**

Defendant aka: _____

Address: _____

Citizenship:　United States ____　　Mexican **X**　　Other ____

Interpreter Needed:　Yes **X**　No ____　　Language **Spanish**

Defense Attorney: **Abe Hernandez**　　Employed ____

Address of Attorney: **Asst. Fed. Pub. Def., 800 Brazos, Ste. 490, Austin, TX 78701**　　Appointed **X**

Defendant is:　In Jail **X**　Where: **Bastrop County Jail**
　　　　　　　On Bond ____　Amt. of Bond ____　Where: ____

Date of Arrest: **6/03/2003**　　Bench Warrant Needed **NO**

Prosecution By:　Information ____　　Indictment **X**

Offense (Code & Description): **Ct. 1: 8 U.S.C. § 1326 - Reentry of Deported Alien**

Offense Is:　Felony **X**　　Misdemeanor ____

Maximum Sentence: **Ct. 1: Max. punishment of imprisonment for 20 yrs., enhanced under 8U.S.C. § 1326(b)(2) based upon his prior conviction for an aggravated felony/$250,000 fine/3 yrs. supervised release/$100 special assessment.**

Penalty is Mandatory:　Yes **X**　　No ____

Remarks:　**As to special assessment**

**Cecilia Melchor/INS**

AO 245 S (Rev. 09/01)(W.D.TX.) - Judgment in a Criminal Case

## UNITED STATES DISTRICT COURT
### Western District of Texas

**FILED**

OCT 2 9 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Case Number   A-03-CR-194-H
USAO Number   2003R03657

ANTONIO DELEON-ARTEAGA

Defendant.

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ANTONIO DELEON-ARTEAGA, was represented by Abe Hernandez.

The defendant pled guilty to Count One of the Indictment on August 26, 2003. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 8 USC 1326 | Illegal Re-entry | June 2, 2003 | 1 |

As pronounced on October 29, 2003, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 29th day of October, 2003.

HARRY LEE HUDSPETH
Senior United States District Judge

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By: _____ Deputy Clerk

Defendant's SSN: None
Defendant's Date of Birth: February 25, 1962
Defendant's address: None

29

AO 245 S (Rev. 09/01)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: ANTONIO DELEON-ARTEAGA
Case Number: A-03-CR-194-H

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifty-two (52) months.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 3:08-cr-07007-JAH   Document 1   Filed 02/01/2008   Page 8 of 14
Case 1:03-cr-00194-HLH   Document 29   Filed 10/29/2003   Page 3 of 4

AO 245 S (Rev. 09/01)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: ANTONIO DELEON-ARTEAGA
Case Number: A-03-CR-194-H

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on non-reporting supervised release for a term of three (3) years, and shall comply with the following conditions:

X    The defendant shall not commit another offense, state or federal.

X    The defendant shall not enter or attempt to enter the United States without legal documents.

X    The mandatory drug testing provision of the Violent Crime Control and Law Enforcement Act of 1994 is suspended.

AO 245 S (Rev. 09/01)(W.D.TX.) - Fine

Judgment--Page 4

Defendant: ANTONIO DELEON-ARTEAGA
Case Number: A-03-CR-194-H

**FINE**

The fine is waived because of the defendant's inability to pay.

CLOSED, INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00194-HLH All Defendants

## Internal Use Only

Case title: USA v. DeLeon-Arteaga
Other court case number: :03- -51270 5th Cir (01)
Magistrate judge case number: 1:03-mj-00198

Date Filed: 07/01/2003

---

Assigned to: Judge Harry Lee Hudspeth

Appeals court case number: 03-51270

### Defendant (1)

**Antonio DeLeon-Arteaga**
*TERMINATED: 05/13/2004*

represented by **Abe P. Hernandez, Jr.**
Federal Public Defender
800 Brazos, Ste. 490
Austin, TX 78701
(512) 916-5025
Fax: 512/916-5035
Email: Abe_Hernandez@fd.org
*TERMINATED: 05/13/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

8:1326.F; REENTRY OF DEPORTED ALIENS
(1)

### Disposition

Defendant sentenced to 52 months imprisonment, 3 years supervised release, no fine, and $100 special assessment.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

Defendant did - illegal reentry of an alien who has been deported from the United States in violation of Title 8, USC, Section 1326. [ 1:03-

### Disposition

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By: _____ Deputy Clerk

Case 3:08-cr-07007-JAH   Document 1   Filed 02/01/2008   Page 11 of 14

m -198 ]

**Plaintiff**

USA  represented by  **Gerald Conley Carruth**
Assistant United States Attorney
816 Congress Ave., # 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5855
Email: gerald.carruth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2003 |  | Case assigned to Honorable Stephen H. Capelle [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 1 | Complaint filed against Antonio DeLeon-Arteaga [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 |  | Arrest warrant issued for Antonio DeLeon-Arteaga [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 2 | Arrest warrant returned executed for Antonio DeLeon-Arteaga on 6/3/03 [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 3 | Motion by USA as to Antonio DeLeon-Arteaga to detain defendant without bond [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 |  | Defendant(s) Antonio DeLeon-Arteaga first appearance held ; Defendant informed of rights. [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 4 | Minutes of proceedings for Initial Appearance conducted on 6/3/03 as to Antonio DeLeon-Arteaga by Judge Capelle. Court Reporter: ERO [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 5 | Order appointing Federal Public Defender for Antonio DeLeon-Arteaga Abe P. Hernandez Jr. to represent defendant signed by Honorable Stephen H. Capelle [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 6 | Order re: financial affidavit as to Antonio DeLeon-Arteaga signed by Honorable Stephen H. Capelle [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 7 | CJA-23 Financial Affidavit filed as to Antonio DeLeon-Arteaga [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 | 8 | Order of Temporary Detention as to Antonio DeLeon-Arteaga ; Bond set to NO BOND for Antonio DeLeon-Arteaga. setting Detention hearing for 10:00 6/17/03 for Antonio DeLeon-Arteaga signed by Honorable Stephen H. Capelle [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 |  | Preliminary examination set at 10:00 6/17/03 for Antonio DeLeon-Arteaga [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 |  | Notification by Antonio DeLeon-Arteaga that Defendant requires SPANISH Language interpreter [ 1:03-m -198 ] (lc) (Entered: 06/05/2003) |
| 06/03/2003 |  | Arrest of Antonio DeLeon-Arteaga [ 1:03-m -198 ] (lc) (Entered: 06/06/2003) |

| | | |
|---|---|---|
| 06/03/2003 | | Notification by Antonio DeLeon-Arteaga that Defendant requires SPANISH Language interpreter (mc2) (Entered: 08/05/2003) |
| 06/17/2003 | 9 | Response by Antonio DeLeon-Arteaga to motion by USA : motion to detain defendant without bond [3-1] [ 1:03-m -198 ] (lc) (Entered: 06/17/2003) |
| 06/17/2003 | 10 | Waiver of preliminary examination by Antonio DeLeon-Arteaga : Defendant held to district court. [ 1:03-m -198 ] (lc) (Entered: 06/17/2003) |
| 06/17/2003 | 11 | Order of Detention: Bond reset to NO BOND for Antonio DeLeon-Arteaga. Mooted Bond Motions motion to detain defendant without bond [3-1] as to Antonio DeLeon-Arteaga (1) signed by Honorable Stephen H. Capelle [ 1:03-m -198 ] (lc) (Entered: 06/17/2003) |
| 07/01/2003 | | Case assigned to Honorable Harry L. Hudspeth (fe) (Entered: 07/02/2003) |
| 07/01/2003 | | (Court only) Added for USA attorney Gerald Conley Carruth (fe) (Entered: 07/02/2003) |
| 07/01/2003 | 12 | Indictment filed against Antonio DeLeon-Arteaga Antonio DeLeon-Arteaga (1) count(s) 1 (Pages: 2) (fe) (Entered: 07/02/2003) |
| 07/02/2003 | 13 | Notice set arraignment for 10:30 7/11/03 for Antonio DeLeon-Arteaga in Courtroom 4, 4th floor (fe) (Entered: 07/02/2003) |
| 07/07/2003 | 14 | Order regarding pretrial discovery as to Antonio DeLeon-Arteaga signed by Honorable Harry L. Hudspeth (mc2) (Entered: 07/08/2003) |
| 07/11/2003 | 15 | Waiver of personal appearance at arraignment and entry of plea not guilty by Antonio DeLeon-Arteaga count 1 signed by Judge Andrew W. Austin (mc2) (Entered: 07/11/2003) |
| 07/14/2003 | 16 | Notice setting Jury trial for 8:30 9/2/03 , and Jury selection 8:30 9/2/02 for Antonio DeLeon-Arteaga (mc2) (Entered: 07/14/2003) |
| 07/14/2003 | 17 | Response by USA as to Antonio DeLeon-Arteaga to order [14-1]- Notice regarding pretrial discovery. (mc2) (Entered: 07/15/2003) |
| 07/14/2003 | 18 | Notice by USA of Enhanced Penalty as to Antonio DeLeon-Arteaga (mc2) (Entered: 07/15/2003) |
| 07/22/2003 | 19 | Response by Antonio DeLeon-Arteaga to response [17-1] - response to government's notice regarding pretrial discovery. (mc2) (Entered: 07/23/2003) |
| 07/31/2003 | 20 | Factual basis by USA as to Antonio DeLeon-Arteaga (mc2) (Entered: 08/01/2003) |
| 07/31/2003 | 21 | Notice setting rearraignment for 8:30 8/5/03 for Antonio DeLeon-Arteaga (mc2) (Entered: 08/01/2003) |
| 08/05/2003 | 22 | Minutes of proceedings for rearraignment (not held) conducted on 8/5/03 as to Antonio DeLeon-Arteaga by Judge Hudspeth. Court Reporter: Lil Reznik. (mc2) (Entered: 08/05/2003) |
| 08/05/2003 | | Rearraignment as to Antonio DeLeon-Arteaga not held - to be announced. (mc2) (Entered: 08/05/2003) |
| 08/05/2003 | | Motion in open court by Antonio DeLeon-Arteaga for Abe Herbabdez to withdraw as attorney (mc2) (Entered: 08/05/2003) |
| 08/05/2003 | | Oral order by Honorable Harry L. Hudspeth denying oral motion for Abe Herbabdez to withdraw as attorney [0-0] as to Antonio DeLeon-Arteaga (mc2) (Entered: 08/05/2003) |
| 08/14/2003 | 23 | Notice resetting rearraignment for 8:30 8/26/03 for Antonio DeLeon-Arteaga (mc2) (Entered: 08/14/2003) |

| | | |
|---|---|---|
| 08/26/2003 | 24 | Minutes of proceedings for Rearraignment conducted on 8/26/03 as to Antonio DeLeon-Arteaga by Judge Hudspeth. Court Reporter: Kathy Carroll (td) (Entered: 08/27/2003) |
| 08/26/2003 | | Rearraignment as to Antonio DeLeon-Arteaga held; Defendant informed of rights. (td) (Entered: 08/27/2003) |
| 08/26/2003 | | Plea of guilty entered by Antonio DeLeon-Arteaga (1) count(s) 1 (td) (Entered: 08/27/2003) |
| 08/26/2003 | | Referred to Probation for Pre-Sentence Report as to Antonio DeLeon-Arteaga (td) (Entered: 08/27/2003) |
| 08/26/2003 | | Guilty plea accepted by the court as to Antonio DeLeon-Arteaga (1) count(s) 1. (td) (Entered: 08/27/2003) |
| 08/27/2003 | 25 | Notice as to Antonio DeLeon-Arteaga set sentencing for 8:30 10/21/03 before Judge Hudspeth. (td) (Entered: 08/27/2003) |
| 10/10/2003 | 26 | Motion by USA as to Antonio DeLeon-Arteaga for 3rd level downward departure (fe) (Entered: 10/14/2003) |
| 10/15/2003 | 27 | Notice reset sentencing for 8:30 10/29/03 for Antonio DeLeon-Arteaga at the Homer Thonrberry Bldg. (fe) (Entered: 10/16/2003) |
| 10/29/2003 | 28 | Minutes of proceedings for sentencing conducted on 10/29/03 as to Antonio DeLeon-Arteaga by Judge Hudspeth. Court Reporter: Kathy Carroll. (mc2) (Entered: 10/29/2003) |
| 10/29/2003 | | Sentencing held Antonio DeLeon-Arteaga count 1. Defendant sentenced to 52 months imprisonment, 3 years supervised release, no fine, and $100 special assessment. Mooted motion for 3rd level downward departure [26-1] DeLeon-Arteaga (1) (mc2) (Entered: 10/29/2003) |
| 10/29/2003 | | SEALED PSI PLACED IN VAULT as to Antonio DeLeon-Arteaga (mc2) (Entered: 10/29/2003) |
| 10/29/2003 | 29 | Judgment and Commitment as to Antonio DeLeon-Arteaga count 1 (Pages: 4) signed by Honorable Harry L. Hudspeth (mc2) (Entered: 10/30/2003) |
| 11/05/2003 | 30 | Notice of appeal by Antonio DeLeon-Arteaga (fe) (Entered: 11/06/2003) |
| 11/05/2003 | 31 | Designation by Antonio DeLeon-Arteaga as to Antonio DeLeon-Arteaga of record on appeal: appeal [30-1] (fe) (Entered: 11/06/2003) |
| 11/05/2003 | 32 | Appeal Transcript requested by Antonio DeLeon-Arteaga as to Antonio DeLeon-Arteaga appeal [30-1] for dates of 8/26/03 and 10/29/03 (Proceedings Transcribed: rearraignment/plea and sentencing) (Court Reporter: Kathy Carroll) (fe) (Entered: 11/06/2003) |
| 11/06/2003 | | Notice of appeal and certified copy of docket to USCA: as to Antonio DeLeon-Arteaga appeal [30-1] (fe) (Entered: 11/06/2003) |
| 11/06/2003 | | Served copy of notice of appeal, dkt #30, and copy of transmittal letter to the Fifth Circuit as to Antonio DeLeon-Arteaga on Abe Hernandez, Antonio Deleon-Arteaga, Joseph Gay, U. S. Attorney-Austin. (fe) (Entered: 11/06/2003) |
| 11/18/2003 | | Return of appeal information sheet received. as to Antonio DeLeon-Arteaga appeal [30-1] USCA NUMBER: 03-51270 (fe) (Entered: 11/18/2003) |
| 11/19/2003 | 33 | Transcript filed by Antonio DeLeon-Arteaga appeal [30-1] for dates of 8/26/03 (Proceedings Transcribed: plea of guilty) (Court Reporter: Kathy Carroll) (fe) (Entered: 11/20/2003) |
| 11/19/2003 | 34 | Transcript filed by Antonio DeLeon-Arteaga appeal [30-1] for dates of 10/29/03 |

|  |  | (Proceedings Transcribed: sentencing) (Court Reporter: Kathy Carroll) Appeal record due on 12/4/03 for Antonio DeLeon-Arteaga (fe) (Entered: 11/20/2003) |
|---|---|---|
| 11/20/2003 |  | Return of appeal information sheet received. as to Antonio DeLeon-Arteaga appeal [30-1] USCA NUMBER: 03-51270 (fe) (Entered: 11/20/2003) |
| 12/16/2003 |  | Letter of transmittal from USCA: as to Antonio DeLeon-Arteaga appeal [30-1] #03-51270 acknowledging receipt of the record on 11/24/03. (fe) (Entered: 12/16/2003) |
| 05/13/2004 | 35 | Certified copy of judgment of USCA as to Antonio DeLeon-Arteaga affirming as to Antonio DeLeon-Arteaga (1) count(s) 1 appeal [30-1] (fe) (Entered: 05/21/2004) |
| 05/13/2004 |  | (Court only) Terminated pending appeal as to Antonio DeLeon-Arteaga terminating appeal [30-1] (fe) (Entered: 07/12/2004) |
| 11/30/2007 |  | (Court only) ***Location Fugitive start as to Antonio DeLeon-Arteaga (jg3, ) (Entered: 11/30/2007) |
| 01/28/2008 | 36 | Supervised Release Jurisdiction Transferred to SD/CA- San Diego as to Antonio DeLeon-Arteaga... Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jg3, ) (Entered: 01/29/2008) |