Feb-11-08  02:03pm  From-US Clerk Austin
US PROBATION AUSTIN  Fax:5129165766  Feb 11 2008 02:38pm P003/005

FILED
MAR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08CR7007-IEG

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 NOV 30 PM 2:06
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) DKT. NO. A-03-CR-194 H |
| ANTONIO DELEON-ARTEAGA | ) |

## PETITION FOR REVOCATION OF SUPERVISED RELEASE

On October 29, 2003, Antonio DeLeon-Arteaga was sentenced by Your Honor to fifty-two (52) months imprisonment, followed by a three (3) year term of supervised release for the offense of Illegal Re-entry, in violation of 8 U.S.C. § 1326. As part of his term of supervised release, the Defendant was ordered not to commit another offense, state or federal. He was also ordered not to enter or attempt to enter the United States without legal documents. On March 13, 2007, DeLeon-Arteaga was released from the custody of the United States Bureau of Prisons and removed to the Republic of Mexico.

On November 14, 2007, the Defendant was indicted for Attempted Entry After Deportation in Criminal Case No. 07CR3100-JAH in the United States District Court, Southern District of California. In order to handle the revocation of supervised release and new law violation, a transfer of jurisdiction in this case is respectfully requested.

Probation Officer Kathleen Dow now alleges the following violations of supervision:

1. The Defendant shall not commit another offense, state or federal.

    Pursuant to the Indictment in Criminal Case No. 07CR3100-JAH in the United States District Court, Southern District of California, the Defendant, an alien, knowingly and intentionally attempted to enter the Untied States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit: crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

Feb-11-08  02:03pm  From-US Clerk Austin     US PROBATION AUSTIN   Fax:5129165766      Feb 11 2008 02:38pm  P004/005

DELEON-ARTEAGA, ANTONIO
A-03-CR-194 H
<u>Petition for Revocation of Supervised Release</u>
Page 2

2. The Defendant shall not enter or attempt to enter the United States without legal documents.

On October 21, 2007, within the Southern District of California, the Defendant, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the express consent of the Attorney General of the United States or the Department of Homeland Security.

It is respectfully recommended that:

A warrant be issued for the Defendant's arrest and that the Defendant be brought before Your Honor to show cause why the period of supervised release imposed should not be revoked.

Respectfully submitted,

_____  11-29-07
KATHLEEN DOW            DATE
U.S. PROBATION OFFICER

APPROVED BY:

_____  11-29-07
FRANCISCO A. PERALTA     DATE
SUPERVISING U.S. PROBATION OFFICER

APPROVED BY:

_____  11-29-0
GERALD CARRUTH           DATE
ASSISTANT UNITED STATES ATTORNEY
AUSTIN DIVISION
816 Congress Ave., Suite 1000
Austin, Texas 78701
Office: (512) 916-5858
Facsimile: (512) 916-5854

Feb-11-08  02:03pm  From-US Clerk Austin   US PROBATION AUSTIN  Fax:5129165766        Feb 11 2008 02:38pm  P005/005

DELEON-ARTEAGA, ANTONIO
A-03-CR-194 H
Petition for Revocation of Supervised Release
Page 3

### ORDER OF COURT

Considered and ordered filed and made a part of the records in the above case. The Court further orders:

[ ]  no further action be taken

[X]  the issuance of a warrant

[ ]  the issuance of a summons

*/s/ Harry Lee Hudspeth*
HARRY LEE HUDSPETH
Senior United States District Judge

November 30, 2007
DATE