# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2008 MAY 19  P 4: 14

UNITED STATES OF AMERICA )
)
Antonio )   CASE NUMBER 08cr7007 JAH
DeLeon-Arteaga )
)   ABSTRACT OF ORDER
)
)   Booking No. 29517 150
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  5·19·08

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

✓ Bench Warrant Recalled. Warrant issued in Western District of TX. A-03cr194 H on 11/30/07

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR
Received_____   W. SAMUEL HAMRICK, JR.  Clerk
   DUSM                        by [signature]
                                  Deputy Clerk

Crim-9  (Rev 6-95)                  ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY