# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
v.
Antonio DeLeon-Arteaga

**WARRANT FOR ARREST**

CASE NUMBER: 08cr7007 JAH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Antonio DeLeon-Arteaga_____
                                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE _____5/21/08_____
ARRESTED BY _____ln Court_____
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____Maria_____

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                      Title of Issuing Officer

_Maria Grey_ (signature)                     05/19/08 San Diego, CA
Signature of Deputy                          Date and Location

Bail fixed at $ _____NO BAIL_____ by _____The Honorable John A. Houston_____
                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAY 19 P 4: 14

FILED 08 JUN 17 AM 8:22 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

39517-180
2/5/62
#1494192